**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

SOLERO DAFRED URBINA GARCIA,    )
                                )
            Petitioner,          )
                                )
v.                               )          Case No. CIV-25-1225-J
                                )
RUSSELL HOLT, et al.,            )
                                )
            Respondents.         )

## ORDER

Petitioner has filed a Motion to Enforce Judgment [Doc. No. 27].  In light of the nature of the motion, the Court hereby SHORTENS Respondents' time to file their response to this motion and ORDERS Respondents to file their response by July 27, 2026.  Additionally, any reply shall be filed by July 30, 2026.

IT IS SO ORDERED this 15th day of July, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE