**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

SOLERO DAFRED URBINA GARCIA,       )
                                   )
                Petitioner,        )
                                   )
v.                                 )        Case No. CIV-25-1225-J
                                   )
RUSSELL HOLT, et al.,              )
                                   )
                Respondents.       )

## ORDER

Before the Court is Petitioner's Motion to Enforce Judgment [Doc. No. 27].  Respondents have filed a response [Doc. No. 29].

On December 8, 2025, the Court adopted the Report and Recommendation in this case, granted Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and ordered Respondents to provide petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a) or otherwise release Petitioner.  *See* [Doc. No. 15].  On February 6, 2026, Respondents filed a Notice of Appeal [Doc. No. 17].[1]  On March 11, 2026, the Immigration Court held a bond hearing pursuant to this Court's Order.  *See* Order of Immigration Judge [Doc. No. 27-1] at 1 ("The Court held a bond hearing on March 11, 2026, pursuant to a Western District of Oklahoma District Court order entered in case number CIV-25-1225-J.").  At the conclusion of the bond hearing, the Immigration Court set bond in the amount of $20,000.  Respondents appealed to the Board of Immigration Appeals, and the Board of Immigration Appeals detained Petitioner without bond.

Petitioner now moves this Court to issue an order enforcing its previous order and judgment to prevent Respondents from re-detaining him.  Because the Immigration Court followed this

---

[1] On March 23, 2026, the parties filed a stipulation of dismissal of the appeal.  *See* [Doc. No. 21].

Court's order and held a bond hearing on March 11, 2026, the Court finds Respondents complied with this Court's December 8, 2025 Order.  Accordingly, the Court DENIES Petitioner's Motion to Enforce Judgment [Doc. No. 27].

IT IS SO ORDERED this 7th day of August, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE